**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 9, 2015

Hon. Lisa  Bowlin Hobbs
Kuhn Hobbs PLLC
3307 Northland Drive, Suite 310
Austin, TX 78731
* DELIVERED VIA E-MAIL *

Hon. Edmundo O. Ramirez
Ellis, Koeneke & Ramirez, L.L.P.
1101 Chicago Ave.
McAllen, TX 78501-4822
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00576-CV
Tr.Ct.No.  2010-CPC-156-A
Style:    IN THE ESTATE OF JAMES M. LUTHEN, DECEASED


The judgment of the trial court in the above cause was REVERSED AND REMANDED by this Court on the 24th day of November, 2014.  The mandate is enclosed.

Costs of the appeal were adjudged against appellee, DONALD LEY.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days.  Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Antonio Villeda (DELIVERED VIA E-MAIL)
       Hon. Tracy A. Spillman (DELIVERED VIA E-MAIL)
       Hon. Oscar O. Gomez (DELIVERED VIA E-MAIL)
       Hon. Brandy Wingate Voss (DELIVERED VIA E-MAIL)
       Hon. Ricardo Pumarejo Jr. (DELIVERED VIA E-MAIL)